### Haney Appeal.

Argued April 22, 1954. Before RHODES, P. J., HIRT, ROSS, GUNTHER, WRIGHT and ERVIN, JJ.

*S. Pearse O'Connor,* with him *Ned S. Williams,* for appellant.

*Wendell G. Freeland,* Assistant District Attorney, with him *James F. Malone, Jr.,* District Attorney, for appellee.

PER CURIAM, July 13, 1954:

The six judges of this Court being equally divided the order of the court below is affirmed.

WOODSIDE, J., took no part in the consideration or decision of this case.